**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 08-02721 SJO (RCx)   **DATE:** May 7, 2009

**TITLE:** Ron Razeggi, et al. v. UMO Inc. Co. Ltd., et al.

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                    Not Present
Courtroom Clerk                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                         Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of a stipulation to dismiss the entire case [17] filed on 8/25/08. Accordingly, the Court dismisses this action pursuant to terms of said stipulation.